**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>LEE A CRADDIETH JR<br>KIMBERLY A BROWN-CRADDIETH<br>Debtor(s) | Case No. 10-24135 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/27/2010.

2) The plan was confirmed on 09/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/14/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 03/24/2015.

6) Number of months from filing to last payment: 58.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $33,632.00.

10) Amount of unsecured claims discharged without payment: $189,430.03.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $75,197.64 |
| Less amount refunded to debtor | $796.16 |

**NET RECEIPTS:** $74,401.48

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,559.28 |
| Other | $39.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,098.28

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARON SALES & LEASE OWNERSHIP | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| AIS SVC LLC | Unsecured | 700.00 | 700.00 | 700.00 | 70.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 898.00 | 898.37 | 898.37 | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| BLACK HILLS CORP | Unsecured | 1,311.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| BOOK OF THE MONTH CLUB | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| BURKE MEDICAL GROUP | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 1,881.95 | 1,881.95 | 188.19 | 0.00 |
| CASH TRANSFER CENTER | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,664.00 | 1,961.48 | 1,961.48 | 196.15 | 0.00 |
| CITY OF HAMMOND INDIANA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CULVERY CITY EL SEGUN | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CULVERY CITY EL SEGUN | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,936.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,446.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 6,125.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 4,207.51 | 4,207.51 | 420.75 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 1,696.08 | 1,696.08 | 169.61 | 0.00 |
| CREDIT ONE BANK | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| EXCEL EMERGENCY CARE | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| GALAXY PORTFOLIOS LLC | Unsecured | NA | 500.73 | 500.73 | 50.07 | 0.00 |
| GENESIS FINANCIAL PAYMENT | Unsecured | 714.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | NA | 20,945.52 | 20,945.52 | 2,094.55 | 0.00 |
| HAROLD K SHINSKY DDS | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HERITAGE ACCEPTANCE CORP | Unsecured | 6,252.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | 2,825.00 | 9,075.67 | 9,075.67 | 9,075.67 | 256.88 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | NA | 6,589.75 | 6,589.75 | 6,589.75 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 3,000.00 | 1,868.18 | 1,868.18 | 1,868.18 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 2,300.14 | 2,300.14 | 2,300.14 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 222.21 | 222.21 | 22.22 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 273.37 | 273.37 | 27.34 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 5,548.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 4,055.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 3,668.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 3,207.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 3,076.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 2,445.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 2,164.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 1,103.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IMAGINE | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 15,000.00 | 23,701.98 | 23,701.98 | 23,701.98 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 16,160.44 | 16,160.44 | 1,616.04 | 0.00 |
| ISAC | Unsecured | 5,680.00 | 30,597.05 | 30,597.05 | 3,059.71 | 0.00 |
| JCITRON LAW | Unsecured | 2,775.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 529.00 | 414.11 | 414.11 | 41.41 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,271.24 | 1,271.24 | 127.12 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 6,175.00 | 6,562.60 | 6,562.60 | 656.26 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 9,825.00 | 9,825.00 | 9,825.00 | 9,825.00 | 297.79 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,246.00 | 260.00 | 260.00 | 26.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 195.00 | 195.11 | 195.11 | 19.51 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 350.00 | 350.00 | 350.00 | 35.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 896.72 | 896.72 | 89.67 | 0.00 |
| MAGE & PRICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL & DIEDRE SMITH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MICHELE CUMMINGS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MICHELE CUMMINGS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 526.00 | 526.32 | 526.32 | 52.63 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 783.00 | 784.19 | 784.19 | 78.42 | 0.00 |
| MIDWEST PHYSICIAN GROUP LTD | Unsecured | 450.00 | 1,080.00 | 1,080.00 | 108.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,346.18 | NA | NA | 0.00 | 0.00 |
| NEW AGE FURNITURE | Unsecured | NA | 47.35 | 117.35 | 11.74 | 0.00 |
| NEW AGE FURNITURE | Secured | 830.00 | 900.00 | 830.00 | 830.00 | 65.91 |
| NICOR GAS | Unsecured | 1,109.00 | 2,218.02 | 2,218.02 | 221.80 | 0.00 |
| NICOR GAS | Unsecured | 951.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 615.00 | 545.14 | 545.14 | 54.51 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 647.13 | 647.13 | 64.71 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 565.36 | 565.36 | 56.54 | 0.00 |
| PREMIER BANK CARD | Unsecured | 491.00 | 529.26 | 529.26 | 52.93 | 0.00 |
| QUICK PAYDAY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| QUICK PAYDAY | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| R&R COUNTRY | Unsecured | 3,070.00 | NA | NA | 0.00 | 0.00 |
| RCA DIAMOND CENTER | Unsecured | 684.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 150.87 | 150.87 | 15.09 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 1,246.00 | 1,246.00 | 124.60 | 0.00 |
| RWDS 660 DSB | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA | Unsecured | 744.00 | NA | NA | 0.00 | 0.00 |
| SBC ILLINOIS | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| SONICPAYDAY.COM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES ANESTHESIA | Unsecured | 1,679.00 | 1,679.11 | 1,679.11 | 167.91 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST JAMES HOSPITAL | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| STATE CENTRAL COLLECTION UNIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| STEVEN J FINK & ASSOC | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| STEVEN J FINK & ASSOC | Unsecured | 3,932.35 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTER | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTER | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | NA | 3,625.71 | 3,625.71 | 362.57 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | 21,559.55 | 21,559.55 | 2,155.96 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 21,503.00 | 398.90 | 398.90 | 39.89 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 150.00 | 653.66 | 150.00 | 15.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Women for Women Health Care | Unsecured | NA | 503.66 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,900.67 | $18,900.67 | $554.67 |
| All Other Secured | $830.00 | $830.00 | $65.91 |
| **TOTAL SECURED:** | **$19,730.67** | **$19,730.67** | **$620.58** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $6,589.75 | $6,589.75 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $27,870.30 | $27,870.30 | $0.00 |
| **TOTAL PRIORITY:** | **$34,460.05** | **$34,460.05** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$125,817.40** | **$12,491.90** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,098.28 |
| Disbursements to Creditors | $67,303.20 |
| **TOTAL DISBURSEMENTS:** | **$74,401.48** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/03/2016                    By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**